# DECLARATION OF ABIGAIL REYES

## **DECLARATION OF ABIGAIL REYES**

1. My name is Abby Reyes and my date of birth is May 9, 2002. I am competent to give testimony in this matter and I have personal knowledge of the facts set forth below.

2. I am a 19-year-old woman and I live in Dallas County, Texas. I'm responsible for paying ordinary bills that other adults have to take care of. To earn a living, I've worked at regular kinds of jobs like at fast food restaurants and at a gas station.

3. In around June 2020, I started working at an adult bookstore in the Dallas area as a store clerk. The reason why I started working at the bookstore was because I needed to find a new opportunity after becoming the victim of wage theft at the gas station where I had been working. Since I had just turned 18, I thought I had the right to work at the bookstore if that's what I wanted to do for a living.

4. The store where I work sells a variety of legal content and items to consenting adults, including magazines, videos, erotic fiction, and 'novelty' items. Among other things, my job duties include selling those items, answering customer questions, helping them find the materials or items they might be looking for, taking inventory, restocking the shelves, and just making sure that the place is clean and neat.

5. I didn't really think that I would ever work at an adult bookstore. But now that I've been working here for a year now, I've come to enjoy the work and the people I work with. I happen to find my job interesting because I get to interact with customers from all walks of life. We have LGBTQ+ customers who come here because they know that it's a judgment free zone, and I like to make sure that the store has a welcoming environment

for all kinds of people. I think human sexuality is just part of life and that no one should be embarrassed about who they are, how they live, or what they want to buy.

6. Since I've been working at the store, I've never had a customer who's been disrespectful to me, made me feel uncomfortable, or made me fear that I was about to become the victim of some sort of crime. I've never witnessed or heard of any other employees becoming the victim of crime just because of their work, age, or gender. Like I said before, the only workplace where someone has taken advantage of me was at the 'ordinary' job I had at the gas station where management stole the wages that I had earned.

7. I know women my age who make their living by working at strip clubs as waitresses and dancers. I go to those clubs from time to time as a customer. I personally know of a number of people who just got laid off at those clubs because of the change in the law that made it illegal for them to work at those places since they're older than 18 but younger than 21.

8. At first, I thought that this change in the law only applied to strippers and waitresses at clubs because of what I was seeing on social media. I was shocked to later learn that this new law could end my job too just because of my age. I think that it's completely illogical to say that even though I'm legally old enough to go to a strip club or buy adult materials and products if that's what I want to do, that I'm not old enough to earn a paycheck by selling legal adult materials and content to other adults.

9. Although I haven't lost my job yet, I'm now very concerned that could happen to me. It's stressful because I have no way of knowing whether I might one day go to work only to learn that the authorities have told my employer that it's illegal for me to

continue working at the store, or that the store has decided that continuing to employ me is not worth the risk.

10.     If that happened, I suppose I could find another job elsewhere, but I wouldn't want to do so involuntarily—this is the place where I've decided to earn a living doing the work that I want to do with the people that I want to work with. To be honest, the other job that I have thought about and considered doing aside from working at the bookstore is becoming a waitress at a club. Apparently, I don't have that option anymore because of my age.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2021.

DocuSigned by:

*Abby Reyes* (signature)
823324CC6CD4485...

**ABBY REYES**
