# DECLARATION OF LUIS CARRIZOZA

## **DECLARATION OF LUIS CARRIZOZA**

1. My name is Luis Carrizoza, and my date of birth is November 4, 2000. I am competent to give testimony in this matter and I have personal knowledge of the facts set forth below.

2. I am a resident of Ector County, Texas, and I am a 20-year-old man. I take care of myself and pay for my own things just like any other adult. Once I turned 18, I thought that I had the right to earn a living by doing whatever lawful work that I chose to do.

3. To earn my livelihood, I started working as a bouncer at a strip club in Odessa, Texas, in October 2019. I specifically chose to become a bouncer because it was the job that I wanted to do, and the club was the place where I wanted to do this work. My job as a bouncer offered me enough money so that I could quit another lower-paying job that I had and also begin investing in the market because I'm very serious about preserving and growing the money that I earn.

4. As a bouncer, one of my job duties was to make sure that customers and others at the club complied with the law and to step-in if anyone got too rowdy or started acting inappropriately. I also greeted customers, sat them down at tables, and checked on customers to make sure that they weren't getting too intoxicated.

5. Not all of my work for the club was at the club itself. The club also paid me to do promotional activities on its behalf. One of my job duties was to pass out flyers and promotional materials for the club around town, which I did pretty regularly.

1

6.   Obviously, no one forced me into this line of work. No one ever victimized me or threatened to victimize me because I worked at a strip club as a bouncer. Not once did I ever feel that working as a bouncer at a strip club somehow made me particularly unsafe or vulnerable to becoming someone else's victim. That's one of the reasons why I signed-up to be a bouncer—to make sure that *other* people are safe and complying with the club's rules. For example, the club where I work has rules against doing things like getting too drunk, underage drinking, selling drugs, or engaging in criminal acts like prostitution.

7.   I have never personally witnessed any sort of conduct at the club where I worked that gave me some reason to think that other employees or dancers were being victimized by human traffickers or subjected to those kinds of crimes. If I knew that someone was being victimized, I'd make sure to do something about it, for example, by notifying management or contacting the authorities.

8.   On or about May 25, 2021, club management told me that due to a change in the law, I could no longer work there at all because I haven't turned 21 yet. I couldn't believe that I was suddenly being told that I couldn't work at the club at all because I'm not old enough. All of this was completely confusing to me because, just a couple of months ago, I applied for and received an "SOB" license from the City of Odessa so that I could legally work at the club.

9.   I also thought about all of the other people I know at the club—mainly dancers and waitresses—who were also let go simply because they aren't 21 yet either.

Like me, those people depended on their work at the club to make a living and this has been extremely hard on them.

10. Fortunately, I have been able to find work with a security company as a security guard. To get that job, I've had to obtain training and certification, which, based on my understanding, is required under state law.

11. My current employer has assigned me to provide security at the club where I used to work as a bouncer. However, I don't know whether this law also makes it illegal for my current employer to assign me to provide security at the club just because I'm not yet 21. I hope not, because I would hate to lose my job all over again, especially because I've now had to get two different licenses to do the work that I want to do.

12. While I'm grateful that I was able to find employment, if I could, I would go back to doing the job that I wanted to do—working directly for the club as a bouncer. I saw my job as a bouncer as a way to possibly work my way into club management. Hopefully, the club will hire me back when I turn 21, but I have no way of knowing whether that will actually happen now. For now, at least, this law has taken away a right that I thought I had when I turned 18—to do whatever legal job that I decided was right for me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2021.

                                                        DocuSigned by:

                                                        LUIS CARRIZOZA

3