IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FELIX VALADEZ, LUIS CARRIZOZA, ABIGAIL REYES, AMADA MAN, and TEXAS ENTERTAINMENT ASSOCIATION, INC., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:21-cv-519 |
| KEN PAXTON, in his official capacity as Attorney General of the State of Texas, and ED SERNA, in his official capacity as Executive Director of the Texas Workforce Commission, | § § § § § § | |
| Defendants. | § § | |

___

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
___

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

T. CRAIG SHEILS files this his Notice of Appearance as counsel on behalf of Coaster Line-Coaster Club, Inc., a party in interest in the outcome of this litigation, and Request for Notice in the above-styled case and respectfully requests that all notices given or required to be given to Plaintiffs' counsel or Defendants' counsel in these proceedings and all papers served or requested to be served in these proceedings also be served upon the undersigned individual at the following address:

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE                                                    Page 1

T. Craig Sheils
Sheils Winnubst, PC
1701 N. Collins Boulevard, Suite 1100
Richardson, Texas 75080
Telephone No.: (972) 644-8181
Telecopier No.: (972) 644-8180
*craig@sheilswinnubst.com*

Respectfully submitted,

SHEILS WINNUBST
A Professional Corporation

By:   */s/ T. Craig Sheils*
      T. Craig Sheils
      State Bar No. 18187350

1701 N. Collins Boulevard, Suite 1100
Richardson, Texas 75080
Telephone No.: (972) 644-8181
Telecopier No.: (972) 644-8180
*craig@sheilswinnubst.com*

ATTORNEYS FOR COASTER LINE-COASTER CLUB, INC.

CERTIFICATE OF SERVICE

On the 13th day of July, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.

*/s/ T. Craig Sheils*
T. Craig Sheils