

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

---

**RYAN G. KERCHER**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: Ryan.Kercher@oag.texas.gov

July 14, 2021

*Via CM/ECF:*

Julie Golden, Courtroom Deputy to
U.S. District Judge Robert Pitman
United States District Court
501 W. 5th Street, Suite 5300
Austin TX 78701

Re:     *Felix Valadez, et al. v. Ken Paxton, et al.,*
        Civil Action No. 1:21-CV-00519, In the United States District Court,
        Western District of Texas, Austin Division
        **ATTORNEY VACATION NOTIFICATION**

Dear Ms. Golden:

Please be advised that I will be out of the office on vacation from August 5, 2021 through August 10, 2021 with limited access to e-mail, phone, and internet. As such, I respectfully request that no documents be filed nor matters set for hearing that require a timed response and/or an appearance which would occur during or including the period I will not be available. Thank you.

Respectfully,

*/s/ Ryan G. Kercher*

Ryan G. Kercher
Assistant Attorney General
General Litigation Division

CC:     Counsel of Record via CM/ECF