UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Felix Valadez, Luis Carrizoza, Abigail Reyes, Amada Man, Texas Entertainment Association, Inc. | § § § § § § | CIVIL NO: AU:21-CV-00519-RP |
| vs. | | |
| Ken Paxton, Ed Serna | | |

## LIST OF WITNESSES AT PRELIMINARY INJUCTION HEARING

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | Abigail Reyes | 1. | Cara Foos Pierce |
| 2. | Amada Man | 2. | |
| 3. | Luis Carrizoza | 3. | |
| 4. | Kevin Richardson | 4. | |
| 5. | Evanny Salazar | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |