IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FELIX VALADEZ, LUIS CARRIZOZA, ABIGAIL REYES, AMADA MAN, and TEXAS ENTERTAINMENT ASSOCIATION, INC., LONE STARR MULTI-THEATRES, LTD.,d/b/a NEW FINE ARTS WEST, XTC CABARET, INC., d/b/a XTC CABARET AUSTIN, and RCI DINING SERVICES (ROUND ROCK), INC., d/b/a RICKS CABARET,<br>*Plaintiffs*<br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of the State of Texas, and ED SERNA, in his official capacity as Executive Director of the Texas Workforce Commission,<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:21-CV-519 |

## **DEFENDANTS' NOTICE OF DISCLOSURE OF EXPERT TESTIMONY**

Pursuant to the Court's Scheduling Order and the agreement of the parties, Ken Paxton, in his official capacity as Attorney General of Texas, and Ed Serna, in his official capacity as Executive Director of the Texas Workforce Commission, (collectively, "Defendants"), file their Notice of Disclosure of Expert Testimony confirming the service of Defendant's Rule 26(a)(2) Disclosure of Expert Testimony.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

/s/ Ryan G. Kercher
RYAN G. KERCHER
Texas Bar No. 24060998
Assistant Attorney General
JOHN RAMSEY
Texas Bar No. 24051227
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov
John.Ramsey@oag.texas.gov
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon Plaintiff's counsel via electronic mail on September 22, 2022.

/s/ *Ryan G. Kercher*
RYAN G. KERCHER