# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Felix Valadez, Luis Carrizoza, Abigail Reyes, Amada Man, Texas Entertainment Association, Inc., Lone Starr Multi-Theaters, Ltd., d/b/a New Fine Arts West, XTC Cabaret, Inc. d/b/a XTC Cabaret Austin, Evanny Salazar, RCI Dining Services (Round Rock), Inc., d/b/a Rick's Cabare § § § § § § § | CIVIL NO: AU:21-CV-00519-RP |

vs.

Ken Paxton, Ed Serna

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, September 25, 2023 at 09:00 AM**.

IT IS SO ORDERED this 27th day of February, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE