**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| FELIX VALADEZ, LUIS CARRIZOZA, | § | |
| ABIGAIL REYES, AMADA MAN, and | § | |
| TEXAS ENTERTAINMENT | § | |
| ASSOCIATION, INC., LONE STARR | § | |
| MULTI-THEATRES, LTD.,d/b/a NEW | § | |
| FINE ARTS WEST, XTC CABARET, INC., | § | |
| d/b/a XTC CABARET AUSTIN, and RCI | § | |
| DINING SERVICES (ROUND ROCK), | § | |
| INC., d/b/a RICKS CABARET, | § | |
| *Plaintiffs* | § | |
| v. | § | CIVIL ACTION NO. 1:21-CV-519 |
| | § | |
| KEN PAXTON, in his official capacity as | § | |
| Attorney General of the State of Texas, | § | |
| and ED SERNA, in his official capacity | § | |
| as Executive Director of the Texas | § | |
| Workforce Commission, | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO VACATE OR, IN THE ALTERNATIVE, CONTINUE TRIAL**

On this day came on to be considered Defendants' Motion to Vacate or, In the Alternative, Continue Trial ("Motion").   After considering the Motion, the Court is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the September 25, 2023 trial setting in this case is

_____ vacated pending resolution of the Parties' motions for summary judgment; or

_____ continued until the \_\_\_ day of _____, 20\_\_\_.

SIGNED this the \_\_\_\_\_ day of _____ 2023.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE