# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Felix Valadez, et al | § |
| | §   CIVIL NO: |
| vs. | §   AU:21-CV-00519-RP |
| | § |
| Ken Paxton,,et al | § |

## ORDER RESETTING BENCH TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, January 29, 2024 at 09:00 AM**.

    IT IS SO ORDERED this 23rd day of August, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE