IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS ENTERTAINMENT ASSOCIATION, INC., et al., | § § § | |
| Plaintiffs, | § § § | |
| v. | § | 1:21-CV-519-RP |
| | § § | |
| KEN PAXTON, *Attorney General of Texas*, and ED SERNA, *in his official capacity as Executive Director of the Texas Workforce Commission*, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this day, the Court issued its Findings of Fact and Conclusions of Law following a bench trial. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Defendants Ken Paxton and Ed Serna, in their official capacities.

**IT IS FURTHER ORDERED** that costs are taxed in favor of Defendants and against Plaintiffs.

**IT IS FURTHER ORDERED** that all other relief not specifically granted is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on April 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE