**TRANSCRIPT ORDER FORM (DKT 13)** **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: Western District of Texas
District Court Docket No.: 1:21-cv-00519-RP
Short Case Title: Texas Entertainment Association, Inc., et. al., v. Paxton, et. al.,

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Lily Reznik

Date Notice of Appeal Filed in the District Court: May 28, 2024
Court of Appeals No.: 24-50434

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 6/24/2021 | Telephone Conference | Judge Robert Pitman |
| 5/11/2022 | Initial Pretrial Conference | Judge Robert Pitman |
| 12/20/2023 | Telephone Conference | Judge Robert Pitman |
| 1/17/2024 | Final Pretrial Conference | Judge Robert Pitman |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds
☐Other _____

Signature: /s/ J. Michael Murray
Date Transcript Ordered: 6/7/2024
Print Name: J. Michael Murray
Phone: 216-781-5245
Counsel for: Plaintiffs-Appellants
Address: 55 Public Sq. Ste. 2200 Cleveland, OH 44113
Email of Attorney: jmmurray@bgmdlaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____

**TRANSCRIPT ORDER FORM (DKT-13)** — **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: Western District of Texas   District Court Docket No. 1:21-cv-00519-RP

Short Case Title: Texas Entertainment Association, Inc., et. al., v. Paxton, et. al.,

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Lily Reznik

Date Notice of Appeal Filed in the District Court: May 28, 2024   Court of Appeals No. 24-50434

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 12/8/2022 | Motion Hearing | Magistrate Judge Mark Lane |
| 07/16/2021 | Preliminary Injunction Hearing (already on file) | Judge Robert Pitman |
| 01/22/2024 | Bench trial (already on file) | Judge Robert Pitman |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ J. Michael Murray   Date Transcript Ordered: 6/7/2024
Print Name: J. Michael Murray   Phone: 216-781-5245
Counsel for: Plaintiffs-Appellants
Address: 55 Public Sq. Ste. 2200 Cleveland, OH 44113
Email of Attorney: jmmurray@bgmdlaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____