

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued as the mandate on **Aug 19, 2025**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 14, 2025
Lyle W. Cayce
Clerk

No. 24-50434

---

ASSOCIATION OF CLUB EXECUTIVES OF TEXAS, INCORPORATED; LONE STARR MULTI-THEATERS, LIMITED, *doing business as* NEW FINE ARTS WEST; XTC CABARET, INCORPORATED, *doing business as* XTC CABARET AUSTIN; RCI DINING SERVICES (ROUND ROCK), INCORPORATED, *doing business as* RICK'S CABARET,

*Plaintiffs—Appellants*,

*versus*

KEN PAXTON, *Attorney General, State of Texas*; ED SERNA, *in his official capacity as Executive Director of the Texas Workforce Commission*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-519

---

Before STEWART, DENNIS, and HAYNES, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

No. 24-50434

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.